AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOSHUA D. SCULLY,

               Plaintiff

  v.                                           **Civil Action No.** 3:18cv71

FRANCISCAN HEALTH,
NOELLE B. COBBS, MD

               Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

__ the plaintiff _____
recover from the defendant _____ the amount of
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment
interest at the rate of _____ % along with costs.

__ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

_X_ Other:    The case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) because it does not state a claim.

This action was (*check one*):

__ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

__ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon.

DATE:   March 29, 2018                           ROBERT N. TRGOVICH, CLERK OF COURT

                                                             By:  s/ L. Higgins-Conrad
                                                                   *Signature of Deputy Clerk*